Attorney or Party Name, Address, Phone & Fax Nos.
State Bar No. & Email

Benjamin Heston
Bar Number: 297798
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626
Phone: (949) 312-1377
Email: ben@nexusbk.com

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

FOR COURT USE ONLY

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re:
Travis Davon Holifield

Debtor(s).

CASE NO.:
CHAPTER: 7

DECLARATION BY DEBTOR(S)
AS TO WHETHER INCOME WAS RECEIVED
FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION
DATE

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   During the 60-day period before the Petition Date ( *Check only ONE box below* ).

   ☐ I was paid by an employer. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☑ I was not paid by an employer because I was either self-employed only, or not employed.

Date: 6/06/2024    Travis Davon Holifield    /s/ Travis Holifield
Printed name of Debtor 1    Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   During the 60-day period before the Petition Date ( *Check only ONE box below* ).

   ☐ I was paid by an employer. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☐ I was not paid by an employer because I was either self-employed only, or not employed.

Date: _____    _____    _____
Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    F 1002-1.EMP.INCOME.DEC