United States Bankruptcy Court

Central District of California

In re:      Case No. 24-14530-DS
Travis Davon Holifield      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 1
Date Rcvd: Jun 24, 2024     Form ID: van116     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Travis Davon Holifield, 334 S Main St Apt 9605, Los Angeles, CA 90013-1368 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2024     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Agop Gary Arakelian | on behalf of Creditor 4th and 5th Main LLC gary.arakelian@kts-law.com |
| Benjamin Heston | on behalf of Debtor Travis Davon Holifield bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carolyn A Dye (TR) | trustee@cadye.com c197@ecfcbis.com;atty@cadye.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Jonathan Arias | on behalf of Creditor American Express National Bank c/o Zwicker & Associates, P.C. jarias@zwickerpc.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 6

| | |
|---|---|
| **United States Bankruptcy Court** <br> **Central District of California** | |
| In re: <br> Travis Davon Holifield | CHAPTER NO.: 7 <br> CASE NO.: 2:24−bk−14530−DS |

# NOTICE OF DEFICIENCY OF FILING FEES
# REQUIRED TO ADD ADDITIONAL CREDITORS

To: Debtor and Debtor's Attorney of Record,

On 6/21/24 the Clerk's office accepted for filing a mailing matrix and/or schedule D, E/F listing new creditors to be added to the above−listed case. The Court must collect a **$34.00** filing fee whenever creditors are added to the mailing matrix and/or Schedule D, E/F are amended.

Please be aware that no action will be taken by the Court regarding this filing as the creditor(s) will not be added to the case **until after** the filing fee for the document(s) listed above is paid. Note that only parties entered in the case will receive notifications from the court. **To ensure the additional creditor(s) timely receive documents to which they are entitled, please submit the required fling fee immediately.**

Bankruptcy Court Fees may be paid by:

(1) Cash − only acceptable if paying in person.
(2) U.S. Postal Service money order or cashier's check from an acceptable financial institution made payable to the **U.S. Bankruptcy Court.**

   **Credit Cards and Personal/Business Checks ARE NOT ACCEPTED from DEBTORS to pay fees.**

(3) Attorney or law firm checks must include a current pre−printed name, street address, telephone number and California attorney bar number.
(4) Credit card transactions must be made in person by the cardholder, however, this does not apply to electronically filed documents.

Send a copy of this notice with proper payment to:

**255 E. Temple Street, Room 100, Los Angeles, CA 90012**.

Any questions regarding the Court's policies for payment of this fee and/or the check acceptance policy should be directed to the Court's Call Center at the toll free number (855) 460−9641, Monday through Friday, 9:00 a.m. to 4:00 p.m. excluding federal holidays.

Dated: June 24, 2024

BY THE COURT

**Kathleen J. Campbell**
Clerk of Court

(Form van116−ndfacr) Rev (12/2023)

**14 − 12 / LG**