United States Bankruptcy Court

Central District of California

In re:  Case No. 24-14530-DS
Travis Davon Holifield  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2  User: admin  Page 1 of 3
Date Rcvd: Sep 09, 2024  Form ID: 318a  Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Travis Davon Holifield, 334 S Main St Apt 9605, Los Angeles, CA 90013-1368 |
| cr | + | 4th and 5th Main, LLC, Kimball Tirey & St. John LLP, 915 Wilshire Boulevard, Suite 1650, Los Angeles, CA 90017, UNITED STATES 90017-2658 |
| 42004511 | | One Corporate Center, 10451 Mill Run Cir, Owings Mills, MD 21117-5577 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BCADYE | Sep 10 2024 04:25:00 | Carolyn A Dye (TR), Law Offices of Carolyn Dye, 15030 Ventura Blvd., Suite 527, Sherman Oaks, CA 91403-5470 |
| smg | | EDI: EDD.COM | Sep 10 2024 04:25:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Sep 10 2024 04:25:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Sep 10 2024 00:42:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Sep 10 2024 00:44:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 42004499 | | Email/PDF: bncnotices@becket-lee.com | Sep 10 2024 00:41:07 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 42004500 | + | EDI: BANKAMER | Sep 10 2024 04:25:00 | Bank of America, PO Box 15796, Wilmington, DE 19886-5796 |
| 42004501 | | EDI: CAPITALONE.COM | Sep 10 2024 04:25:00 | CAPITAL ONE, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42004502 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 10 2024 00:42:00 | Carrington Mortgage Services, 1600 South Douglass Road, Anaheim, CA 92806 |
| 42004504 | | EDI: CITICORP | Sep 10 2024 04:25:00 | Citibank, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 42004505 | + | EDI: DISCOVER | Sep 10 2024 04:25:00 | DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 42004506 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 10 2024 00:44:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 42004507 | | Email/Text: bankruptcynotices@kts-law.com | Sep 10 2024 00:43:00 | Fourth & Main LLC, c/o Kimball, Tirey, & St John, 915 Wilshire Blvd Ste 1650, Los Angeles, CA 90017-2658 |

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: 318a | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 42024295 | | EDI: IRS.COM | Sep 10 2024 04:25:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 42004503 | | EDI: JPMORGANCHASE | Sep 10 2024 04:25:00 | CHASE CARD SERVICES, PO Box 15298, Wilmington, DE 19850-5298 |
| 42004508 | + | Email/Text: collections@mecu.com | Sep 10 2024 00:44:00 | MECU Credit Union, 1 South St, Baltimore, MD 21202-3481 |
| 42004509 | | EDI: NFCU.COM | Sep 10 2024 04:25:00 | NAVY FEDERAL CREDIT UNION, PO Box 3000, Merrifield, VA 22119-3000 |
| 42004510 | ^ | MEBN | Sep 10 2024 00:35:19 | Nordstrom Card Services, PO Box 100135, Columbia, SC 29202-3135 |
| 42004512 | | Email/Text: bkrgeneric@penfed.org | Sep 10 2024 00:42:00 | PenFed Credit Union, Po Box 247080, Omaha, NE 68124-7080 |
| 42004514 | | EDI: SYNC | Sep 10 2024 04:25:00 | Synchrony, PO Box 965060, Orlando, FL 32896-5060 |
| 42004513 | + | Email/Text: bankruptcynotices@sba.gov | Sep 10 2024 00:43:00 | Small Business Administration, Office of General Counsel, 312 N Spring St Fl 5, Los Angeles, CA 90012-4701 |
| 42004515 | | EDI: WFFC2 | Sep 10 2024 04:25:00 | Wells Fargo Card Services, PO Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Agop Gary Arakelian | on behalf of Creditor 4th and 5th Main  LLC gary.arakelian@kts-law.com |
| Benjamin Heston | on behalf of Debtor Travis Davon Holifield bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carolyn A Dye (TR) | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 09, 2024 | Form ID: 318a | Total Noticed: 25 |

trustee@cadye.com c197@ecfcbis.com;atty@cadye.com

Dane W Exnowski

on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Jonathan Arias

on behalf of Creditor American Express National Bank c/o Zwicker & Associates, P.C. jarias@zwickerpc.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Travis Davon Holifield<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–2062<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 2:24-bk-14530-DS | |

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Travis Davon Holifield

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 9/9/24

**Dated:** 9/9/24

**By the court:** Deborah J. Saltzman
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

29/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc    **Order of Chapter 7 Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318–CACBdodb/CACodsc          **Order of Chapter 7 Discharge**          page 2