# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE AND ORDER VACATING DISCHARGE

**DEBTOR INFORMATION:**
Travis Davon Holifield

**BANKRUPTCY NO.** 2:24−bk−14530−DS

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−2062
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** N/A

**Address:**
334 S Main St Apt 9605
Los Angeles, CA 90013−1368

A Discharge of Debtor(s) was noticed as a result of clerical error.

**THE DISCHARGE IS HEREBY VACATED.**

Dated: September 16, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form novd Rev. 03/09) VAN−59

**32 / LL2**