United States Bankruptcy Court

Central District of California

In re:                                                                                                                         Case No. 24-14530-DS
Travis Davon Holifield                                                                                                         Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                                    User: admin                                    Page 1 of 3
Date Rcvd: Sep 16, 2024                           Form ID: novd                                Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Travis Davon Holifield, 334 S Main St Apt 9605, Los Angeles, CA 90013-1368 |
| cr | + | 4th and 5th Main, LLC, Kimball Tirey & St. John LLP, 915 Wilshire Boulevard, Suite 1650, Los Angeles, CA 90017, UNITED STATES 90017-2658 |
| 42004511 | | One Corporate Center, 10451 Mill Run Cir, Owings Mills, MD 21117-5577 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Sep 17 2024 00:57:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Sep 17 2024 00:57:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Sep 17 2024 00:55:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Sep 17 2024 00:57:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 42004499 | | Email/PDF: bncnotices@becket-lee.com | Sep 17 2024 01:17:24 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 42004500 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 17 2024 00:55:00 | Bank of America, PO Box 15796, Wilmington, DE 19886-5796 |
| 42004501 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2024 01:17:38 | CAPITAL ONE, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42004502 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 17 2024 00:55:00 | Carrington Mortgage Services, 1600 South Douglass Road, Anaheim, CA 92806 |
| 42004504 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 17 2024 01:17:24 | Citibank, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 42004505 | + | Email/Text: mrdiscen@discover.com | Sep 17 2024 00:55:00 | DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 42004506 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 17 2024 00:57:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 42004507 | | Email/Text: bankruptcynotices@kts-law.com | Sep 17 2024 00:56:00 | Fourth & Main LLC, c/o Kimball, Tirey, & St John, 915 Wilshire Blvd Ste 1650, Los Angeles, CA 90017-2658 |
| 42024295 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 17 2024 00:56:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 16, 2024 | Form ID: novd | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 42004503 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 17 2024 01:27:57 | CHASE CARD SERVICES, PO Box 15298, Wilmington, DE 19850-5298 |
| 42004508 | + | Email/Text: collections@mecu.com | Sep 17 2024 00:57:00 | MECU Credit Union, 1 South St, Baltimore, MD 21202-3481 |
| 42004509 | | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 17 2024 00:57:00 | NAVY FEDERAL CREDIT UNION, PO Box 3000, Merrifield, VA 22119-3000 |
| 42004510 | ^ | MEBN | Sep 17 2024 00:56:07 | Nordstrom Card Services, PO Box 100135, Columbia, SC 29202-3135 |
| 42004512 | | Email/Text: bkrgeneric@penfed.org | Sep 17 2024 00:55:00 | PenFed Credit Union, Po Box 247080, Omaha, NE 68124-7080 |
| 42004514 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2024 01:17:20 | Synchrony, PO Box 965060, Orlando, FL 32896-5060 |
| 42004513 | + | Email/Text: bankruptcynotices@sba.gov | Sep 17 2024 00:56:00 | Small Business Administration, Office of General Counsel, 312 N Spring St Fl 5, Los Angeles, CA 90012-4701 |
| 42004515 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 17 2024 01:05:22 | Wells Fargo Card Services, PO Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Agop Gary Arakelian | on behalf of Creditor 4th and 5th Main  LLC gary.arakelian@kts-law.com |
| Benjamin Heston | on behalf of Debtor Travis Davon Holifield bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carolyn A Dye (TR) | trustee@cadye.com  c197@ecfcbis.com;atty@cadye.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com  bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |

District/off: 0973-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 16, 2024 | Form ID: novd | Total Noticed: 24

Jonathan Arias
    on behalf of Creditor American Express National Bank c/o Zwicker & Associates, P.C. jarias@zwickerpc.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 6

# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE AND ORDER VACATING DISCHARGE

**DEBTOR INFORMATION:**
Travis Davon Holifield

**BANKRUPTCY NO.** 2:24−bk−14530−DS

**CHAPTER** 7

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):  xxx−xx−2062
Employer Tax−Identification (EIN) No(s).(if any):  N/A
**Debtor Discharge Date:** N/A

**Address:**
334 S Main St Apt 9605
Los Angeles, CA 90013−1368

A Discharge of Debtor(s) was noticed as a result of clerical error.

**THE DISCHARGE IS HEREBY VACATED.**

Dated: September 16, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form novd Rev. 03/09) VAN−59

**32 / LL2**