United States Bankruptcy Court

Central District of California

In re:                                                                                                          Case No. 24-14530-DS
Travis Davon Holifield                                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                                  User: admin                              Page 1 of 1
Date Rcvd: Oct 01, 2024                      Form ID: pdf042                       Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Travis Davon Holifield, 334 S Main St Apt 9605, Los Angeles, CA 90013-1368 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2024                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Agop Gary Arakelian | on behalf of Creditor 4th and 5th Main LLC gary.arakelian@kts-law.com |
| Benjamin Heston | on behalf of Debtor Travis Davon Holifield bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carolyn A Dye (TR) | trustee@cadye.com c197@ecfcbis.com;atty@cadye.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Jonathan Arias | on behalf of Creditor American Express National Bank c/o Zwicker & Associates, P.C. jarias@zwickerpc.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 6

CAROLYN A. DYE (SBN 97527)
15030 Ventura Blvd.
Suite 527
Sherman Oaks, CA 91403
818/287-7003 - Telephone
323/987-5763 - Facsimile

Chapter 7 Trustee

**FILED & ENTERED**

**OCT 01 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell  DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>TRAVIS DAVON HOLIFIELD,<br><br>                    Debtor. | Case No.  2:24-bk-14530-DS<br><br>Chapter 7<br><br>ORDER APPROVING TRUSTEE'S MOTION TO EXTEND DEADLINE TO OBJECT TO THE DEBTORS' DISCHARGE<br><br>Date:    September 26, 2024<br>Time:    1:00 p.m.<br>Place:   Courtroom 1639 (via ZoomGov)<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

The chapter 7 trustee's "Motion to Extend Deadline to Object to Debtors' Discharge" (the "Motion," Docket No. 24) came on for hearing at the date, time, and place referenced above.  Appearances were noted on the record.

The court having considered the Motion and the record in this case, for the reasons stated on the record, and good cause appearing,

IT IS HEREBY ORDERED that:

1.    The Motion is granted; and

-1-

2. As to the trustee and Office of the U.S. Trustee, the deadline for filing objections to the debtor's discharge is extended to November 4, 2024.

###

Date: October 1, 2024

_____
Deborah J. Saltzman
United States Bankruptcy Judge