PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
NOREEN A. MADOYAN, State Bar No. 279227
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Ste. 1850
Los Angeles, California 90017-5418
(202) 934-4064 telephone
(213) 894-2603 facsimile
Email: Noreen.Madoyan@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**TRAVIS DAVON HOLIFIELD**,<br><br>Debtor(s). | Case No.: 2:24-bk-14530-DS<br><br>Chapter 7<br><br>**STIPULATION FOR EXAMINATION OF DEBTOR UNDER BANKRUPTCY RULE 2004 AND FOR RELATED PRODUCTION OF DOCUMENTS**<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR, AND ALL PARTIES IN INTEREST:**

This Stipulation for Examination of Debtor under Bankruptcy Rule 2004 and for Related Production of Documents ("Stipulation") is made by and between Debtor Sergio Ulloa, Jr. ("Debtor") and the United States Trustee ("U.S. Trustee"), by and through respective counsel, with reference to the following facts:

**RECITALS**

1. On June 7, 2024, the Debtor filed a voluntary petition in the United States Bankruptcy Court for the Central District of California, initiating a chapter 7 case.

2. On June 25, 2024, the U.S. Trustee requested certain documents from the Debtor as part of his investigation into the Debtor's financial affairs and condition (the "U.S. Trustee Inquiry").

3. On July 11, 2024 and August 7, 2024, the Debtor provided a response to the U.S. Trustee Inquiry. Among the documents produced were bank statements. Pursuant to a review of those bank statements, the U.S. Trustee discovered a withdrawal from a Wells Fargo account ending in #6182 on February 24, 2024 for $101,911.97 (the "Purchase Funds").

4. After further research, the U.S. Trustee determined that the Debtor purchased in February 2022 the real property located at 1201 Cedarcroft Road, Baltimore, MD 21239 (the "Cedarcroft Property") with the Funds. Subsequently, on November 3, 2022, the Debtor sold the Cedarcroft Property and the net proceeds were $236,972.61 (the "Net Proceeds").

5. On August 9, 2024, the Chapter 7 Trustee, Carolyn Dye, sent a follow up inquiry to the Debtor ("Second Inquiry") requesting an accounting of what the Funds were used for, and subsequent inquiries requested how the Net Proceeds were spent.

6. On or about September 9, 2024, the Debtor provided a declaration to the U.S. Trustee (the "Holifield Declaration") indicating the use of the Purchase Funds was for the purchase of the Cedarcroft Property and that the intent for the purchase was to transform the property into a recording studio, however due to neighbor complaints, the plan was changed and the property was sold.

7. The Holifield Declaration also indicated that the Net Proceeds sale were reinvested into the Debtor's company, and were used to make other "large" transactions which were business related.

8. In response, on October 7, 2024, the U.S Trustee initiated the meet and confer process pursuant to Local Bankruptcy Rule 2004-1 and requested the production of certain documents. Thereafter, the Debtor and U.S. Trustee agreed to stipulate to a FRBP 2004 Examination of the Debtor by the U.S. Trustee and for a production of documents.

///

///

**ACCORDINGLY, IT IS HEREBY STIPULATED THAT:**

A.  Debtor agrees to attend a FRBP 2004 Examination on **Thursday, October 24, 2024 at 10:00 a.m., PST. The 2004 Examination will be taken before an officer authorized to administer oaths and will be used as evidence at any and all hearings in this bankruptcy case, including any adversary proceedings.  All parties and the court reporter shall be remote and shall attend via Zoom Videoconference**;

B.  On or before October 21, 2024, Debtor agrees to produce all documents in Debtor's possession requested by the U.S. Trustee, in the attachment to the October 10, 2024 email to Benjamin Heston, Debtor's counsel, a copy of which is attached hereto;

C.  The examination shall continue from day to day, excluding weekend and holidays, unless otherwise stipulated, if not completed on the initial examination date.

IT IS SO STIPULATED AND AGREED.

DATED:  October 15, 2024                           UNITED STATES TRUSTEE

                                                        /s/ Noreen A. Madoyan
                                             By:    NOREEN A. MADOYAN
                                                    Trial Attorney

DATED:  October 15, 2024

                                            BENJAMIN HESTON, ESQ.
                                            Attorney for Debtor,
                                            Travis Davon Holifield

EXHIBIT A

## DOCUMENTS TO BE PRODUCED

**"Documents" is defined to include all written or graphic materials, however produced or reproduced, in your actual or constructive possession, care, custody or control or of any of the officers, directors, representatives, members, agents or employees of their related corporations, including but not limited to files, letters, contracts, agreements, invoices, statements, deeds, telegrams, memoranda, notes, reports, applications, correspondence, photographs, video recordings, sound recordings or tapes of any conversation, meeting or conference, minutes of meetings, handwritten memoranda or notes, interoffice communications, summaries, logs, or any other printed, typewritten or handwritten material of any nature similar to the foregoing, however denominated, including all drafts and carbon or photographic copies of such material.**

A. Debtor's filed State and Federal Tax Returns for 2021, 2022, 2023 and 2024;

B. Get Money Music Group, LLC filed State and Federal Tax Returns for 2021, 2022, 2023, and 2024;

C. Holifield Enterprise, Inc.'s filed State and Federal Tax Returns for 2021, 2022, 2023, and 2024;

D. Copies of any written documents, including but not limited to emails, letters, contracts or agreements, written by you to any third party or by any third party to you, documenting your ownership of the Cedarcroft Property;

E. Copies of any written documents and communications, including but not limited to emails, letters, contracts or agreements, written by you to any third party or by any third party to you, documenting your contention in the Holifield Declaration[1] that the Cedarcroft Property was purchased "to transform the property into a recording studio and an office for my business";

---

[1] The Holifield Declaration is the declaration provided by the Debtor to the U.S. Trustee on or about September 9, 2024.

F. Copies of any documents, including but not limited to invoices, receipts, checks, contracts, agreements, bank statements, and wire transfers, documenting your contention in the Holifield Declaration that you had to "invest in repairs and remodeling" of the Cedarcroft Property to turn the property into a recording studio.

G. Copies of any written documents and communications, including but not limited to emails, letters, contracts or agreements, written by you to any third party or by any third party to you, documenting your contention in the Holifield Declaration that "after beginning the work of setting up the recording studio, I started receiving complaints from neighbors regarding noise levels, which ultimately prevented me from suing the property as intended.";

H. Copies of any documents, including but not limited to invoices, receipts, checks, contracts, agreements, bank statements, and wire transfers, documenting your contention in the Holifield Declaration that you had to "the proceeds from the [Cedarcroft Property] sale were re-invested into my company. Among other expenses, I used these funds to make payments to the SBA."

I. Copies of any documents, including but not limited to invoices, receipts, checks, contracts, agreements, bank statements, and wire transfers, documenting your contention in the Holifield Declaration that you "made several other larger transactions during this period, which were business-related, including jewelry purchased for branding purposes, such as music videos."; and

J. Copies of any written documents and communications, including but not limited to emails, letters, contracts or agreements, written by you to any third party or by any third party to you, supporting the contention made in your Schedule A/B filed June 21, 2024, that you are "only a co-signor" for the parcel of real property located at 3919 Innerdale Court, Randallstown, MD 21133;

K. Copies of any written documents and communications, including but not limited to emails, letters, contracts or agreements, written by you to any third party or by any third party to

        you, supporting the contention made in your Schedule A/B filed June 21, 2024, that you are "only a co-signor" for the parcel of real property located at 2025 Crestview Rd., Baltimore, MD 21239; and

L.    Copies of any documents, including but not limited to invoices, receipts, checks, contracts, agreements, bank statements, and wire transfers, documenting all transactions in the transaction accounting provided to the U.S. Trustee on October 8, 2024.

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles

In re:
   Travis Davon Holifield,
       Debtor(s).

Case No.: 24-14530
Chapter: 7

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 10/16/2024, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

| |
|---|
| Holifield // Notice of Lodgment 2004 Stip |
| Holifield // 2004 Stip |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

10/16/2024

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**Travis Davon Holifield 24-14530**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 19276 | Benjamin Heston, Nexus Bankruptcy, 3090 Bristol Street #400, Costa Mesa, CA, 92626, United States of America, bhestonecf@gmail.com | First Class |
| 19276 | Travis Davon Holifield, 334 S Main St Apt 9605, LOS ANGELES-CA, Los Angeles, CA, 90013-1368, United States of America | First Class |