| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>NOREEN A. MADOYAN, State Bar No. 279227<br>TRIAL ATTORNEY<br>OFFICE OF THE UNITED STATES TRUSTEE<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, California 90017<br>Telephone No. (202) 934-4064<br>Facsimile No. (213) 894-2603<br>Email: Noreen.Madoyan@usdoj.gov<br><br>☐ Individual *appearing without an attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>TRAVIS DAVON HOLIFIELD,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:24-bk-14530-DS<br><br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): Stipulation for Examination of Debtor under Bankruptcy Rule 2004 and for Related Production of Documents |

PLEASE TAKE NOTE that the order titled <u>Order Approving Stipulation for Examination of Debtor under Bankruptcy Rule 2004 and for Related Production of Documents</u>

was lodged on (*date*) <u>10/16/2024</u> and is attached. This order relates to the motion which is docket number <u>39</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 1                                F 9021-1.2.BK.NOTICE.LODGMENT

PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
NOREEN A. MADOYAN, State Bar No. 279227
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Ste. 1850
Los Angeles, California 90017-5418
(202) 934-4064 telephone
(213) 894-2603 facsimile
Email: Noreen.Madoyan@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:24-bk-14530-DS |
| **TRAVIS DAVON HOLIFIELD**, | Chapter 7 |
| Debtor(s). | **ORDER APPROVING STIPULATION FOR EXAMINATION OF DEBTOR UNDER BANKRUPTCY RULE 2004 AND FOR RELATED PRODUCTION OF DOCUMENTS** |
| | [NO HEARING REQUIRED] |

After consideration of the Stipulation for Examination of Debtor under Bankruptcy Rule 2004 and for Related Production of Documents ("Stipulation") and for good cause appearing, the Court orders as follows:

IT IS HEREBY ORDERED that the Stipulation is APPROVED;

IT IS FURTHER ORDERED that the Debtor Travis Davon Holifield is directed to produce records as set forth in Exhibit "1" to the Stipulation for inspection and copying by 5:00 p.m. on October 21, 2024 at the Office of the U.S. Trustee, 915 Wilshire Blvd., Ste. 1850, Los Angeles, CA 90017; and

///

///

- 2 -

1    IT IS FURTHER ORDERED that Debtor Travis Davon Holifield is directed to appear remotely by Zoom Videoconference for examination pursuant to FRBP 2004 on October 24, 2024 at 10:00 a.m., PST.

###

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles

In re:
   Travis Davon Holifield,
       Debtor(s).

Case No.: 24-14530
Chapter: 7

## PROOF OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 10/16/2024, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

| |
|---|
| Holifield // Notice of Lodgment 2004 Stip |
| Holifield // 2004 Stip |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

10/16/2024

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**Travis Davon Holifield 24-14530**

| List ID | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 19276 | Benjamin Heston, Nexus Bankruptcy, 3090 Bristol Street #400, Costa Mesa, CA, 92626, United States of America, bhestonecf@gmail.com | First Class |
| 19276 | Travis Davon Holifield, 334 S Main St Apt 9605, LOS ANGELES-CA, Los Angeles, CA, 90013-1368, United States of America | First Class |