United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-14530-DS |
| Travis Davon Holifield | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 17, 2024 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Travis Davon Holifield, 334 S Main St Apt 9605, Los Angeles, CA 90013-1368 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2024              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Agop Gary Arakelian | on behalf of Creditor 4th and 5th Main LLC gary.arakelian@kts-law.com |
| Benjamin Heston | on behalf of Debtor Travis Davon Holifield bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carolyn A Dye (TR) | trustee@cadye.com c197@ecfcbis.com;atty@cadye.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Jonathan Arias | on behalf of Creditor American Express National Bank c/o Zwicker & Associates, P.C. jarias@zwickerpc.com |
| Noreen A Madoyan | on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 7

PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
NOREEN A. MADOYAN, State Bar No. 279227
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Ste. 1850
Los Angeles, California 90017-5418
(202) 934-4064 telephone
(213) 894-2603 facsimile
Email: Noreen.Madoyan@usdoj.gov

**FILED & ENTERED**

OCT 17 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**TRAVIS DAVON HOLIFIELD**,<br><br>Debtor(s). | Case No.: 2:24-bk-14530-DS<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION FOR EXAMINATION OF DEBTOR UNDER BANKRUPTCY RULE 2004 AND FOR RELATED PRODUCTION OF DOCUMENTS** |

After consideration of the "Stipulation for Examination of Debtor under Bankruptcy Rule 2004 and for Related Production of Documents" (the "Stipulation," Docket No. 39) and for good cause appearing, the Court orders as follows:

IT IS HEREBY ORDERED that the Stipulation is APPROVED;

IT IS FURTHER ORDERED that the Debtor Travis Davon Holifield is directed to produce records as set forth in Exhibit "A" to the Stipulation for inspection and copying by 5:00 p.m. on October 21, 2024 at the Office of the U.S. Trustee, 915 Wilshire Blvd., Ste. 1850, Los Angeles, CA 90017; and

///

///

IT IS FURTHER ORDERED that Debtor Travis Davon Holifield is directed to appear remotely by Zoom Videoconference for examination pursuant to FRBP 2004 on October 24, 2024 at 10:00 a.m., PST.

###

Date: October 17, 2024

Deborah J. Saltzman
United States Bankruptcy Judge

- 2 -