PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
NOREEN A. MADOYAN, State Bar No. 279227
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Ste 1850
Los Angeles, California 90017
(202) 934-4064 telephone
(213) 894-2603 facsimile
Email: Noreen.Madoyan@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:24-bk-14530-DS |
| **TRAVIS DAVON HOLIFIELD**, | Chapter 7 |
| Debtor(s). | **STIPULATION TO EXTEND TIME TO FILE A MOTION TO DISMISS UNDER § 707(b) AND/OR A COMPLAINT UNDER § 727** |
| | [NO HEARING REQUESTED] |

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR, AND ALL PARTIES IN INTEREST:**

This Stipulation to Extend Time to File a Motion to Dismiss under § 707(b) and/or a Complaint under § 727 ("Stipulation to Extend Time") is made by and between Debtor Travis Davon Holifield ("Debtor") and the United States Trustee (the "U.S. Trustee"), through their respective counsels of record with reference to the following facts:

**RECITALS**

1. On June 7, 2024, Debtor filed a voluntary petition in the United States Bankruptcy Court for the Central District of California.

- 1 -

2. The first § 341(a) meeting of creditors was set for July 2, 2024, making the objections for discharge bar date September 3, 2024 (the "Discharge Deadline").

3. On August 29, 2024, the Chapter 7 Trustee filed a Motion to Extend Deadline to Object to the Debtor's Discharge (the "Motion to Extend", Dkt. No. 24). The Court entered an order on the Motion to Extend on October 1, 2024, thus continuing the Discharge Deadline to November 4, 2024.

4. Subsequently, the Debtor and the U.S. Trustee stipulated to a Rule 2004 Examination of the Debtor which occurred on October 24, 2024 (the "Rule 2004 Exam"). Subsequent to the Rule 2004 Exam, the U.S. Trustee has requested certain documents from the Debtor but is still awaiting the production of such documents.

5. The U.S. Trustee also needs to subpoena credit card statements from the financial institutions because the Debtor does not have the requested credit card statements.

6. The U.S. Trustee needs additional time to obtain the outstanding documents and to further examine the Debtor, if necessary.

7. The parties, through their respective counsel of record, have conferred regarding this matter and rather than litigate the issues, the parties have agreed to stipulate to extend the time to file a motion to dismiss under § 707(b) and/or a complaint under § 727 for the U.S. Trustee only.

**ACCORDINGLY, IT IS HEREBY STIPULATED THAT:**

A. The deadline, for the U.S. Trustee only, to file either a motion to dismiss under 11 U.S.C. § 707(b) or a complaint objecting to Debtor's discharge under 11 U.S.C. § 727 in this case shall be extended from November 4, 2024 up to and including **January 15, 2025.**

B. The U.S. Trustee will lodge an order approving the Stipulation to Extend Time via the L.O.U. system.

[signatures on following page]

1

2   DATED: October 29, 2024                                      UNITED STATES TRUSTEE

3

4                                                                /s/ Noreen A. Madoyan
                                                                 By:   Noreen A. Madoyan
5                                                                      Trial Attorney

6

7                                                                NEXUS BANKRUPTCY
    DATED: October 29, 2024
8

9                                                                By:   Benjamin Heston
                                                                       Debtor's Counsel
10

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles

In re:
  Travis Davon Holifield,
       Debtor(s).

Case No.: 24-14530
Chapter: 7

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 10/29/2024, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

| |
|---|
| Holifield // Stip to Extend 727 |
| Holifield // NOL Stip to Extend 727 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

10/29/2024

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**Travis Davon Holifield 24-14530**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 19579 | Benjamin Heston, Nexus Bankruptcy, 3090 Bristol Street #400, Costa Mesa, CA, 92626, United States of America, bhestonecf@gmail.com | **First Class** |
| 19579 | Travis Davon Holifield, 334 S Main St Apt 9605, Los Angeles, CA, 90013-1368, United States of America | **First Class** |