| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>NOREEN A. MADOYAN, State Bar No. 279227<br>TRIAL ATTORNEY<br>OFFICE OF THE UNITED STATES TRUSTEE<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, California 90017<br>Telephone No. (202) 934-4064<br>Facsimile No. (213) 894-2603<br>Email: Noreen.Madoyan@usdoj.gov<br><br>☐ Individual *appearing without an attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>TRAVIS DAVON HOLIFIELD,<br><br><br><br><br>Debtor(s) | CASE NO.: 2:24-bk-14530-DS<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Stipulation to Extend Time to File Motion<br>to Dismiss under 707(b) and/or File a<br>Complaint under 727 |
|---|---|

PLEASE TAKE NOTE that the order titled Order Approving Stipulation to Extend Time to file Motion to Dismiss under 707(b) and/or File a Complaint under 727

was lodged on (*date*) __10/29/2024__ and is attached. This order relates to the motion which is docket number 43 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*   Page 1   **F 9021-1.2.BK.NOTICE.LODGMENT**

PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
NOREEN A. MADOYAN, State Bar No. 279227
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Ste 1850
Los Angeles, California 90017
(202) 934-4064 telephone
(213) 894-2603 facsimile
Email: Noreen.Madoyan@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**TRAVIS DAVON HOLIFIELD**,<br><br>Debtor(s). | Case No.: 2:24-bk-14530-DS<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO FILE A MOTION TO DISMISS UNDER § 707(b) AND/OR A COMPLAINT UNDER § 727**<br><br>[NO HEARING REQUESTED] |

After consideration of the Stipulation to Extend Time to File a Motion to Dismiss under § 707(b) and/or a Complaint under § 727, filed by the United States Trustee, and for good cause appearing, the Court orders as follows:

IT IS ORDERED that the Stipulation is APPROVED; and

IT IS FURTHER ORDERED that the deadline date, for the U.S. Trustee only, to file a motion under 11 U.S.C. § 707(b) and/or a complaint objecting to Debtor's discharge under § 727 in this case is EXTENDED up to and including **January 15, 2025.**

# # #

- 1 -

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles

In re:
  Travis Davon Holifield,
        Debtor(s).

Case No.: 24-14530
Chapter: 7

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 10/29/2024, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

| |
|---|
| Holifield // Stip to Extend 727 |
| Holifield // NOL Stip to Extend 727 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

10/29/2024

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**Travis Davon Holifield 24-14530**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 19579 | Benjamin Heston, Nexus Bankruptcy, 3090 Bristol Street #400, Costa Mesa, CA, 92626, United States of America, bhestonecf@gmail.com | **First Class** |
| 19579 | Travis Davon Holifield, 334 S Main St Apt 9605, Los Angeles, CA, 90013-1368, United States of America | **First Class** |