PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
NOREEN A. MADOYAN, State Bar No. 279227
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Ste 1850
Los Angeles, California 90017
(202) 934-4064 telephone
(213) 894-2603 facsimile
Email: Noreen.Madoyan@usdoj.gov

FILED & ENTERED

OCT 30 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell   DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re

TRAVIS DAVON HOLIFIELD,

      Debtor.

Case No. 2:24-bk-14530-DS

Chapter 7

**ORDER APPROVING STIPULATION TO
EXTEND TIME TO FILE A MOTION TO
DISMISS UNDER § 707(b) AND/OR A
COMPLAINT UNDER § 727**

      The court having reviewed and considered the "Stipulation to Extend Time to File a

Motion to Dismiss under § 707(b) and/or a Complaint under § 727" (the "Stipulation," Docket No.

43), and good cause appearing,

      IT IS HEREBY ORDERED that the Stipulation is approved.  The deadline for the U.S.

Trustee to file a motion under 11 U.S.C. § 707(b) and/or a complaint objecting to the debtor's

discharge under § 727 is extended to January 15, 2025.

Date: October 30, 2024

Deborah J. Saltzman
United States Bankruptcy Judge