United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-14530-DS |
| Travis Davon Holifield | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 02, 2025 | Form ID: 318a | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Travis Davon Holifield, 20568 Ventura Blvd, Apt 203, Woodland Hills, CA 91364-6457 |
| cr | + | 4th and 5th Main, LLC, Kimball Tirey & St. John LLP, 915 Wilshire Boulevard, Suite 1650, Los Angeles, CA 90017, UNITED STATES 90017-2658 |
| 42228901 | | CLEOPATRA DIMAKAKOS, 3919 INNERDALE CT, RANDALLSTOWN, MD 21133-2203 |
| 42228904 | | ONE CORPORATE CENTER, 10451 MILL RUN CIR, OWINGS MILLS, MD 21117-5577 |
| 42228905 | + | OWING MILLS - ONE, CORPORATE CENTER, 10451 MILL RUN CIR SUITE 400, OWINGS MILLS, MD 21117-5594 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BCADYE | Jun 03 2025 05:23:00 | Carolyn A Dye (TR), Law Offices of Carolyn Dye, 15030 Ventura Blvd., Suite 527, Sherman Oaks, CA 91403-5470 |
| smg | | EDI: EDD.COM | Jun 03 2025 05:23:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jun 03 2025 05:23:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Jun 03 2025 01:35:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jun 03 2025 01:38:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 42228899 | | EDI: ATTWIREBK.COM | Jun 03 2025 05:23:00 | AT&T, 208 S AKARD ST, DALLAS, TX 75202-4206 |
| 42004499 | | Email/PDF: bncnotices@becket-lee.com | Jun 03 2025 01:47:20 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 42228900 | + | EDI: BANKAMER2 | Jun 03 2025 05:23:00 | BANK OF AMERICA, 100 N TRYON ST, CHARLOTTE, NC 28202-4036 |
| 42004500 | + | EDI: BANKAMER | Jun 03 2025 05:23:00 | Bank of America, PO Box 15796, Wilmington, DE 19886-5796 |
| 42004501 | | EDI: CAPITALONE.COM | Jun 03 2025 05:23:00 | CAPITAL ONE, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42004502 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 03 2025 01:35:00 | Carrington Mortgage Services, 1600 South Douglass Road, Anaheim, CA 92806 |
| 42004503 | | EDI: JPMORGANCHASE | Jun 03 2025 05:23:00 | CHASE CARD SERVICES, PO Box 15298, Wilmington, DE 19850-5298 |
| 42004504 | | EDI: CITICORP | Jun 03 2025 05:23:00 | Citibank, 5800 S Corporate Pl, Sioux Falls, SD |

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2025 | Form ID: 318a | Total Noticed: 31 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | 57108-5027 |
| 42004505 | + EDI: DISCOVER | Jun 03 2025 05:23:00 | DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 42004506 | Email/Text: nsm_bk_notices@mrcooper.com | Jun 03 2025 01:36:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 42004507 | Email/Text: bankruptcynotices@kts-law.com | Jun 03 2025 01:37:00 | Fourth & Main LLC, c/o Kimball, Tirey, & St John, 915 Wilshire Blvd Ste 1650, Los Angeles, CA 90017-2658 |
| 42024295 | EDI: IRS.COM | Jun 03 2025 05:23:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 42004508 | + Email/Text: collections@mecu.com | Jun 03 2025 01:38:00 | MECU Credit Union, 1 South St, Baltimore, MD 21202-3481 |
| 42004509 | EDI: NFCU.COM | Jun 03 2025 05:23:00 | NAVY FEDERAL CREDIT UNION, PO Box 3000, Merrifield, VA 22119-3000 |
| 42228903 | + Email/Text: bnc@nordstrom.com | Jun 03 2025 01:37:39 | NORDSTROM / TD BANK, 13531 E CALEY AVE, ENGLEWOOD, CO 80111-6505 |
| 42004510 | ^ MEBN | Jun 03 2025 01:32:17 | Nordstrom Card Services, PO Box 100135, Columbia, SC 29202-3135 |
| 42004512 | Email/Text: bkrgeneric@penfed.org | Jun 03 2025 01:35:00 | PenFed Credit Union, Po Box 247080, Omaha, NE 68124-7080 |
| 42004514 | EDI: SYNC | Jun 03 2025 05:23:00 | Synchrony, PO Box 965060, Orlando, FL 32896-5060 |
| 42004513 | + Email/Text: bankruptcynotices@sba.gov | Jun 03 2025 01:37:00 | Small Business Administration, Office of General Counsel, 312 N Spring St Fl 5, Los Angeles, CA 90012-4701 |
| 42228906 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 03 2025 01:57:45 | WELLS FARGO BANK, PO BOX 5058, PORTLAND, OR 97208-5058 |
| 42004515 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 03 2025 01:57:36 | Wells Fargo Card Services, PO Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2025          Signature:     /s/Gustava Winters

District/off: 0973-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 02, 2025 | Form ID: 318a | Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Agop Gary Arakelian | on behalf of Creditor 4th and 5th Main  LLC gary.arakelian@kts-law.com |
| Benjamin Heston | on behalf of Debtor Travis Davon Holifield bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carolyn A Dye (TR) | trustee@cadye.com  c197@ecfcbis.com;atty@cadye.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com  bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Jonathan Arias | on behalf of Creditor American Express National Bank  c/o Zwicker & Associates, P.C. bknotices@zwickerpc.com |
| Noreen A Madoyan | on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 7

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Travis Davon Holifield<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2062<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 2:24-bk-14530-DS | |

## Order of Discharge – Chapter 7    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Travis Davon Holifield

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 6/2/25


**Dated:** <u>6/2/25</u>

**By the court:** <u>Deborah J. Saltzman</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**58/AUTU**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc    **Order of Chapter 7 Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**